UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE WINFRED HAMM

v.  Case Nos. 8:17-cv-347 T-24 TBM
8:15-cr-202-T-24 TBM

UNITED STATES OF AMERICA
_____/

## ORDER

This cause comes before the Court on Petitioner Wayne Winfred Hamm's motion for Certificate of Appealability ("COA"). (Civ. Doc. 14). The Court previously denied Petitioner a COA in its order denying Petitioner's § 2255 motion. (Civ. Doc. 11). For the reasons set forth in that prior order, Petitioner's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of September, 2017.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Petitioner

1